NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KERMIT A. BELGARDE, AKA KERMIT REDEAGLE-BELGARDE,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5091

---

Appeal from the United States Court of Federal Claims in No. 1:07-cv-00265-CFL, Judge Charles F. Lettow.

---

**ON MOTION**

---

**O R D E R**

Kermit A. Belgarde files two motions seeking extensions of time to file his brief and pay the filing fee or submit Federal Circuit Form 6-Motion and Declaration for Leave to Proceed in Forma Pauperis and Form 6A-Supplemental in Forma Pauperis Form for Prisoners.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                                          BELGARDE v. US

The motions are granted to the extent that Belgarde's brief and the filing fee or Forms 6 and 6A (enclosed) are due no later than September 2, 2014.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26